

Villanova University School of Law

2006 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

2-8-2006

# Lieberman v. Cambridge Partners

Precedential or Non-Precedential: Precedential

Docket No. 04-3079

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2006

Recommended Citation

"Lieberman v. Cambridge Partners" (2006). *2006 Decisions*. Paper 1514.
http://digitalcommons.law.villanova.edu/thirdcircuit_2006/1514

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2006 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

Nos. 04-3079 & 04-3869
_____

IRVIN S. LIEBERMAN,
and all others similarly situated,
Appellant at No. 04-3079

vs.

CAMBRIDGE PARTNERS, L.L.C.;
J.B. HANAUER & CO.

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(No. 03-cv-02317)
District Judge: Honorable Cynthia M. Rufe
_____

L-3 COMMUNICATIONS CORP.
Appellant at No. 04-3869
vs.

WAYNE CLEVENGER, LARRY COLANGELO, JOHN FLEURY, EDWARD
GORMAN, MIDMARK CAPITAL, L.P., MIDMARK ASSOCIATES, INC., MILAN
RESANOVICH, JOSEPH ROBINSON and PAUL TISCHLER

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(No. 03-cv-03932)
District Judge: Honorable Anita B. Brody
_____

Argued: September 26, 2005
_____

Before: RENDELL, FUENTES, and GARTH, *Circuit Judges*

(Opinion Filed:    December 27, 2005)
_____

ORDER AMENDING PUBLISHED OPINION
_____

GARTH, <u>Circuit Judge</u>

IT IS ORDERED that the precedential Opinion in the above matter filed on December 27, 2005, be amended to replace "Mark D. Powers, Esquire" with "Marc D. Powers, Esquire" on page 4 (listing the names of counsel).

By the Court,


<u>/s/ Leonard I .Garth</u>
United States Circuit Judge

DATED: February 8, 2006
CMD/cc: John F. Innelli, Esq.
      Jacquelyn J. Ager, Esq.
      Robert N. Feltoon, Esq.
      Thomas E. Redburn Jr., Esq.
      Carl M.Bucholz, Esq.
      Timothy D. Katsiff, Esq.
      Matthew J. Siembieda, Esq.
      Mark D. Simon, Esq.
      Charles L. Becker, Esq.
      Gregory J.Hindy, Esq.
      Alexander Kerr, Esq.
      Marc D. Powers, Esq.
      Lewis D. Prutzman, Esq.
      Ralph A. Siciliano, Esq.
      John F. Smith III, Esq.